# District Court Of Appeal Of Florida
## Second District

_____

TYLER D. ROYSTER,

Appellant,

v.

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,

Appellee.

No. 2D23-932

_____

February 16, 2024

Appeal from the Department of Business and Professional Regulation.

Tyler David Royster, pro se.

Brooke Elizabeth Adams, Chief Appellate Counsel, Tallahassee, for Appellee.


PER CURIAM.

     Affirmed.


CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.


_____

Opinion subject to revision prior to official publication.